IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED

MAR 1 - 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR61-WHA |
| ) | [18 USC 1708] |
| LINDA HAMEL BACON ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 29, 2003, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 6475, drawn on the account of Nancy M. or John H. Turnham, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 2

On or about May 29, 2003, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 6474, drawn on the account of Nancy M. or John H. Turnham, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said

check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 3

On or about May 28, 2003, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 6473, drawn on the account of Nancy M. or John H. Turnham, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 4

On or about May 29, 2003, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 6472, drawn on the account of Nancy M. or John H. Turnham, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 5

On or about May 30, 2003, a better date being unknown to the Grand Jury, in Houston

County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 6471, drawn on the account of Nancy M. or John H. Turnham, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 6

On or about May 12, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 532, drawn on the account of Jimmy W. Jordan, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 7

On or about May 20, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 3990, drawn on the account of Barbara Petry, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box

which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 8

On or about May 18, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

### LINDA HAMEL BACON,

did unlawfully have in her possession, check number 1310, drawn on the account of J. Frank or Lois Dykes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 9

On or about May 22, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

### LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9781, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 10

On or about May 26, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9782, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 11

On or about May 22, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9783, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 12

On or about May 26, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9784, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 13

On or about May 26, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

### LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9785, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 14

On or about May 26, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

### LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9786, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation

of Title 18, United States Code, Section 1708.

## COUNT 15

On or about May 25, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 9787, drawn on the account of Larry or Denise Stokes, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

## COUNT 16

On or about May 21, 2003, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

LINDA HAMEL BACON,

did unlawfully have in her possession, check number 2601, drawn on the account of Jeffery L. Uptain and Glenda M. Uptain, an article contained in mail, which had been stolen, taken, embezzled and abstracted from a mail box which was an authorized depository for mail matter, knowing the said check to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

*/s/ Jayne D Gubert*
Foreperson

*/s/ K. David Cooke*
K. DAVID COOKE, JR.
Assistant Untied States Attorney