AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

LINDA HAMEL BACON
TENNESSEE PRISON FOR WOMEN
3881 STEWARTS LANE
NASHVILLE, TN 37243

**WARRANT FOR ARREST**

Case Number: 2:06CR61-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LINDA HAMEL BACON__
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

THEFT OR RECEIPT OF STOLEN MAIL (16 counts)

in violation of Title __18__ United States Code, Section(s) __1708__

| DEBRA P. HACKETT | /s/ signature - DEPUTY CLERK | March 2, 2006 |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | DATE |
| CLERK OF COURT | MONTGOMERY, ALABAMA | |
| Title of Issuing Officer | Date and Location | |

Bail fixed at $  to be set at initial appearance       BY  U.S. MAGISTRATE JUDGE
                                                                                      Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |