# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: April 19, 2006

DIGITAL RECORDING: 10:39 – 10:44

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☑ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NO.: 2:06CR61-WHA-DRB     DEFT. NAME: LINDA HAMEL BACON

USA: KARL DAVID COOKE     ATTY: Robert Allman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

USPTSO/USPO: _____

Defendant ___does___ does NOT need an interpreter; NAME _____

- ☐ Kars. — Date of Arrest _____ or ☐ karsr40
- ✓ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ Finaff. — Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☑ koappted — **ORAL ORDER** appointing Federal Defender – **Notice to be filed.**
- ☐ 20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ — **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. — Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. — ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- ☐ — ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. — Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr. — ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
  ☑ Trial Term 6/26/06; ☐ PRETRIAL CONFERENCE DATE: _____
  ☑ DISCOVERY DISCLOSURES DATE: 4/19/06
- ☐ Krmknn. — **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ Kwvspt — **Waiver of Speedy Trial Act Rights Executed.**