**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

**UNOPPOSED MOTION FOR RELEASE FROM CUSTODY AND RETURN TO STATE CUSTODY**

**COMES NOW** the defendant, **LINDA HAMEL BACON**, by and through undersigned counsel, and respectfully moves the Court for an Order directing that she be returned to custody of the State of Tennessee, pending his return for further proceedings in this matter.

In support of this Motion, Ms. Bacon would show:

1. At the time Ms. Bacon was taken into federal custody on this matter, she was serving a state sentence of confinement at the Tennessee Prison for Women.

2. Ms. Bacon waives enforcement of her right to be held in federal custody until completion of this matter.

3. Ms. Bacon understands that if this Motion is granted, she would be returned to the custody of the State of Tennessee, without control over the designation to be assigned to her, and that she would again be brought back into federal custody at the time of further proceedings on this matter.

4. The Government, by Assistant United States Attorney David Cooke, does

not oppose this motion.

    Dated this 21st day of April 2006.

                    Respectfully submitted,

                    s/ Donnie W. Bethel
                    DONNIE W. BETHEL
                    Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail:don_bethel@fd.org
                    IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:06cr61-WHA |
| | ) |
| LINDA HAMEL BACON | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Cooke, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49