IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

### ORDER ON MOTION

For good cause, it is

**ORDERED** that the *Unopposed Motion for Release from Custody and Return to State Custody,* filed by Defendant on April 21, 2006 (Doc. 12), is hereby **GRANTED.** Accordingly, the United States Marshal shall return the Defendant to state custody at the Tennessee Prison for Women, to resume her state sentence of confinement, and shall secure her appearance as may be necessary for further proceedings on the action in this court.

**Done this 25th day of April, 2006.**

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE