# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

(🖲) Northern    ☐ Southern    ☐ Eastern

HON. Delores R. Boyd              AT Montgomery, Alabama
DATE COMMENCED 5-12-2006          @ 10:24    ☑ a.m. ☐ p.m
DATE COMPLETED 5-12-2006          @ 10:26    ☑ a.m. ☐ p.m

CASE NO. 2:06CR61-WHA

UNITED STATES OF AMERICA        VS.        LINDA HAMEL BACON
Plaintiff(s)                               Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**                **Defendant(s)**
Karl Cooke                                 Donnie Bethel

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.      Crt Rptr: _____
Law Clerk: _____               Interpreter: _____
USPO/USPTS: _____              Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference        ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

✓ (Pretrial Conference) ✓

Pending Motions: None
Discovery Status: Complete          Plea Status: Possible
Trial Status/Length: 1 Day          Trial Term: 6-26-06