### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No.: 2:06cr61-WHA |
| ) | |
| LINDA HAMEL BACON          ) | |

#### MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LINDA HAMEL BACON,** through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the June trial term. In support of this motion, the Defendant would show the following:

1. Pursuant to Defendant's Motion for Release from Custody and Return to State Custody, on April 25, 2006, this Court ordered the United States Marshal to return Defendant to the custody of the State of Tennessee. Defendant requested return to state custody so she could be present for a parole hearing on May 15th.

2. On June 6, 2006, Defendant's Counsel spoke with officials of the Tennessee Prison for Women. As of that date, Defendant had not yet been returned to the custody of the State of Tennessee. They expected Defendant to be returned to their custody on June 8th. As Defendant missed her May 15th parole hearing, officials will reschedule Defendant for a parole hearing in either July or August.

3. Therefore, Defendant requests that her trial be continued until at least October, so that she will be able to meet the parole board in Tennessee before she is returned to federal custody.

4. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, will be

filed as soon as it can be practicably obtained.

    5.    The United States, through Assistant United States Attorney David Cooke, does not oppose this Motion.

    6.    The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 9th day of June, 2006.

    Respectfully submitted,

    s/ Donnie W. Bethel  
    DONNIE W. BETHEL  
    Assistant Federal Defender  
    201 Monroe Street, Suite 407  
    Montgomery, Alabama 36104  
    Phone: (334) 834-2099  
    Fax: (334) 834-0353  
    E-mail:don_bethel@fd.org  
    IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49