IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr061-WHA |
| LINDA HAMEL BACON | ) | |

## ORDER

This case is before the court on the Defendant's Motion to Continue Trial (Doc. #16), filed on June 9, 2006. For the reason that the Defendant has been released to the custody of the State of Tennessee in order to meet with the parole board in Tennessee and has not yet been returned to federal custody, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. The Defendant has signed a Waiver of Speedy Trial, and the United States does not oppose the motion. Therefore, it is hereby ORDERED as follows:

1. The Motion to Continue is GRANTED.

2. The trial of this case, presently scheduled for the term commencing June 26, 2006, is CONTINUED to the term of court commencing October 24, 2006.

DONE this 21st day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE