IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:06cr61-WHA |
| ) | |
| LINDA HAMEL BACON ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed September 18, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tennessee Prison for Women, Nashville, Tennessee, commanding them to deliver Linda Hamel Bacon, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 24, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE