IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:06cr61-WHA |
| ) | |
| LINDA HAMEL BACON ) | |

### O R D E R

Upon consideration of the foregoing *Motion for Writ of Habeas Corpus Ad Prosequendum* (Doc. 19, filed September 18, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM  addressed to Warden, Tennessee Prison for Women, Nashville, Tennessee, commanding him to deliver the said Linda Hamel Bacon, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on October 24, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with her.

DONE this the 19th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE