IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

**ORDER**

For good cause, it is

**ORDERED** that this case is set for a telephone conference with counsel of record and the undersigned Magistrate Judge at **4:15 p.m. on Tuesday, October 3, 2006**, for the purpose of ascertaining its current status for trial on the scheduled term commencing October 24, 2006. The conference shall be initiated by chambers.

Done this 29th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE