IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

### ORDER

Upon the Defendant's oral notice of intent to change plea, it is

**ORDERED** that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **October 20, 2006, at 11:00 a.m., in District Courtroom 4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 13th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE