COURTROOM DEPUTY'S MINUTES  DATE: 10/20/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:01 – 11:22 am
                             COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT   ☒ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 2:06CR61-WHA   DEFENDANT NAME: Linda Hamel BACON
AUSA: Cooke   DEFENDANT ATTORNEY: Don Bethel
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/(USPO): Wood
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
        ☒ Guilty as to: 1
        ☒ Count(s): 2 thru 16
        ☐ Count(s):        ☐ dismissed on oral motion of USA
                           ☒ to be dismissed at sentencing

☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
           DISCOVERY DISCLOSURE DATE:

☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel