# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 4, 2007 | AT: | 10:00 a.m. |
| DATE COMPLETED: | January 4, 2007 | AT: | 11:00 a.m. |

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 2:06cr061-WHA
)
LINDA HAMEL BACON )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Steve Feaga | Donnie W. Bethel |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Al Lancaster, USPO |
| Elna Behrman, Courtroom Deputy | Daniel Harrell, Law Clerk |

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Court is in session.
Parties have reviewed the presentence report.
Counsel states that Defendant wishes to make restitution to all victims - not just the one listed in the presentence report and makes an oral motion to amend the plea agreement.
Government joins in the motion.
Court grants the motion.
Defendant's counsel points out corrections to the presentence report - none of which affect the guidelines range.
USPO will make the corrections.
Court adopts the factual statements contained in the presentence report with the changes as discussed in open court.
Court orally GRANTS the Motion for Reduction (Doc. #35).
Testimony is presented on Defendant's behalf.
Court addresses the Defendant.
Sentence is stated
Defendant objects to the sentence as being too harsh.
Court overrules the objection.
Sentence is imposed as stated.
Defendant is advised of her right to appeal.
Defendant is recommitted to the custody of the U. S. Marshal to be transferred back to state custody.
Government orally moves to dismiss Counts 2-16 of the Indictment.
Court orally GRANTS the motion, and Counts 2-16 of the Indictment are DISMISSED.