IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 2:06cr061-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

## WITNESS LIST

GOVERNMENT                                    DEFENDANT

                                                                                                         Irmgard Hamel
                                                                                                          Linda Bacon