AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

LINDA HAMEL BACON

**EXHIBIT LIST**

Case Number: 2:06cr061-WHA

| PRESIDING JUDGE<br>W. Harold Albritton | PLAINTIFF'S ATTORNEY<br>Steve Feaga | DEFENDANT'S ATTORNEY<br>Donnie Bethel |
|---|---|---|
| SENTENCING DATE<br>January 4, 2007 | COURT REPORTER<br>Risa Entrekin | COURTROOM DEPUTY<br>Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1-21 | 1/4/07 |  | X | Letters and Certificates from Tennessee Prison for Women |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages