IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr61-WHA |
| ) | |
| LINDA HAMEL BACON ) | |

## NOTICE OF APPEAL

**NOW COMES** the Defendant, Linda Hamel Bacon, by and through counsel, Donnie W. Bethel, and files this notice of appeal of his findings, conviction and sentence in the above-referenced matter. The Defendant is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr61-WHA |
| | ) | |
| LINDA HAMEL BACON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: David Cooke, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

                                       Respectfully submitted,

                                       /s/ Donnie W. Bethel
                                       DONNIE W. BETHEL
                                       Assistant Federal Defender
                                       201 Monroe Street, Suite 407
                                       Montgomery, Alabama 36104
                                       Phone: (334) 834-2099
                                       Fax: (334) 834-0353
                                       E-mail:don_bethel@fd.org
                                       IN Bar Code: 14773-49