IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO. 2:06CR000061-001 ) |
| LINDA HAMEL BACON, | ) ) |
| Defendant. | ) ) ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

BY:  /s/ R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       BAR NO. 9083-E56R

Dated: December 3, 2007

Judgment Dated January 4, 2007

Judge: W. Harold Albritton

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **Linda Hamel Bacon**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 2144 Cresthill Drive, Columbia, SC  29223, this the 3rd day of   December  , 2007.

/s/ R. Randolph Neeley
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office:  (334)  223-7280
   Fax:  (334) 223-7201